**Dismissed and Memorandum Opinion filed March 27, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-01007-CR**
_____

**LADONDRELL MONTGOMERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1320161**

## MEMORANDUM OPINION

Appellant was convicted of aggravated robbery. Subsequently, the trial court granted appellant's motion to dismiss for insufficient evidence.

Generally, we only have jurisdiction to consider an appeal by a criminal defendant when there has been a final judgment of conviction. *See Workman v. State*, 170 Tex. Crim. App. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App. – Fort Worth 1996, no pet.). Because appellant's conviction was dismissed, there is no final conviction to appeal.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.

Do Not Publish — TEX. R. APP. P. 47.2(b)